UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>REYNALDA ESTRADA-GUTIERREZ, et al.,<br><br><br>        Defendants. | Case No. 4:13-CR-254-BLW<br><br>**ORDER APPROVING STIPULATION AND AGREEMENT FOR SETTLEMENT OF CLAIM OF LUIS MORA-VICTORIA** |

The Court has before it a Stipulation and Agreement for Settlement of Claim (ECF No. 207) for compromise and settlement of the claims of interest of the United States and Luis Mora-Victoria (hereinafter "Petitioner") in the following property:

>Smith and Wesson (under license of Walther) model P22, .22 caliber pistol, serial number L306034.

The Court finds good cause to approve the Stipulation and Agreement (ECF No. 207).

NOW THEREFORE IT IS HEREBY ORDERED, that the above-referenced Stipulation (docket no. 207) is APPROVED and SO ORDERED and that the

ORDER APPROVING STIPULATION - 1

Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) may immediately release the firearm to Petitioner Luis Mora-Victoria.

DATED: July 6, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER APPROVING STIPULATION - 2